## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David E. Evans <br> _Debtor_ | CHAPTER 13 <br><br> BKY. NO. 16-22820 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rushmore Loan Servicing as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6642

    Respectfully submitted,

    **/s/ Joshua I. Goldman, Esquire**
    Joshua I. Goldman, Esquire
    jgoldman@kmllawgroup.com
    Attorney I.D. No. 205047
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    Phone: 215-825-6306
    Fax: 215-825-6406
    Attorney for Movant/Applicant