Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David E. Evans**
 Debtor(s)

Bankruptcy Case No.: 16–22820–CMB

Chapter: 13
Docket No.: 39 – 38
Concil. Conf.: October 12, 2017 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **September 5, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **September 19, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **October 12, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: July 21, 2017

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

### **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 16-22820-CMB
David E. Evans                                                      Chapter 13
            Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dsaw                 Page 1 of 2         Date Rcvd: Jul 21, 2017
                              Form ID: 410               Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
db             +David E. Evans,   15 Nocklyn Drive,   Pittsburgh, PA 15237-1855
14277315       +AHN EMERGENCY GROUP,   PO BOX 14099,   Belfast, ME 04915-4034
14277316       +ALLEGHENCY CLINIC RADIOLOGY,   PO BOX 1198,   Somerset, PA 15501-0336
14277317       +ALLEGHENY HEALTH NETWORK,   PO BOX 645266,   Pittsburgh, PA 15264-5250
14277318       +AMERICAN EXPRESS,   c/o ZWICKER & ASSOC. PC,   80 MINUTEMAN ROAD,   Andover, MA 01810-1008
14341881       +Adler Wallach & Associates, Inc.,   P.O. Box 6605,   Orange, CA 92863-6605
14284884        American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
14277320       +BANK OF AMERICA,   C/O PHELAN HALLINAN & SCHMIEG,   1617 JFK BLVD, STE 1400,
                 ONE PENN CENTER PLAZA,   Philadelphia, PA 19103-1823
14267227       +BANK OF AMERICA,   C/OPHELAN HALLINAN & SCHMIEG,   1617 JFK BLVD, STE 1400,
                 ONE PENN CENTER PLAZA,   Philadelphia, PA 19103-1823
14267226       +BANK OF AMERICA,   7105 CORPORATE DRIVE,   Plano, TX 75024-4100
14277321        BANK OF AMERICA DITECH,   PO BOX 6172,   Rapid City, SD 57709-6172
14277324       +FIDELITY BANK,   c/o ELAN FINANCIAL,   PO BOX 790084,   Saint Louis, MO 63179-0084
14277325        HOME DEPOT CREDIT SERVICES,   c/o CLIENT SERVICES INC.,   PO BOX 1503,
                 Saint Peters, MO 63376-0027
14277326        HSBC CARD SERVICES,   PO BOX 19360,   Salinas, CA 93901
14277327        HSBC CARD SERVICES NV,   PO BOX 19360,   Salinas, CA 93901
14277328       +JC CHRISTENSEN & ASSOC.,   PO BOX 519,   Sauk Rapids, MN 56379-0519
14330541       +MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
14277330       +NATIONAL CITY BANK,   4661 E MAIN STREET,   Columbus, OH 43213-3193
14277331        PEOPLE'S GAS,   PO BOX 644760,   Pittsburgh, PA 15264-4760
14277332       +PGH MERCY HEALTH,   1200 REEDSDALE STREET,   Pittsburgh, PA 15233-2109
14339270       +Pinnacle Credit Services, LLC its successors and,   assigns as assignee of US Bank NA ND,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14277333       +ROSS/WEST VIEW EMSA,   5325 PERRYSVILLE AVE,   Pittsburgh, PA 15229-2198
14277335       +TMOBILE,   PO BOX 23870,   Jacksonville, FL 32241-3870
14341510       +Wilmington Savings Fund Society, FSB,   c/o Rushmore Loan Management Services,   P.O. Box 55004,
                 Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14274205         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 22 2017 01:17:31
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK   73124-8848
14277322        +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jul 22 2017 01:14:32
                 CREDIT MANAGEMENT COMPANY,   PO BOX 16346,   Pittsburgh, PA 15242-0346
14277323         E-mail/Text: mrdiscen@discover.com Jul 22 2017 01:13:36         DISCOVER FINANCIAL,   PO BOX 15316,
                 Wilmington, DE 19850-5316
14277329        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 22 2017 01:14:08         MIDLAND FUNDING LLC,
                 c/o CREDIT ONE BANK,   8875 AERO DRIVE,   San Diego, CA 92123-2255
14277336        +E-mail/Text: bknotices@mbandw.com Jul 22 2017 01:14:31         VERIZON,
                 c/o MCCARTHY BURGESS & WOLFF INC.,   26000 CANNON ROAD,   Bedford, OH 44146-1807
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
14277334        SCOTT LIPCHAK
14277319*      +BANK OF AMERICA,   7105 CORPORATE DRIVE,   Plano, TX 75024-4100
                                                                                 TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                       Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: dsaw                Page 2 of 2            Date Rcvd: Jul 21, 2017
                              Form ID: 410              Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              Joshua I. Goldman     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Debtor David E. Evans atyrusb@choiceonemail.com
                                                                                              TOTAL: 5
```