Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David E. Evans** | : | Case No. 16−22820−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Docket No. 38 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***3rd day of October, 2017,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-22820-CMB
David E. Evans                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas                Page 1 of 2             Date Rcvd: Oct 03, 2017
                              Form ID: 309              Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
```
db              +David E. Evans,   15 Nocklyn Drive,    Pittsburgh, PA 15237-1855
14277315        +AHN EMERGENCY GROUP,    PO BOX 14099,    Belfast, ME 04915-4034
14277316        +ALLEGHENCY CLINIC RADIOLOGY,    PO BOX 1198,    Somerset, PA 15501-0336
14277317        +ALLEGHENY HEALTH NETWORK,    PO BOX 645266,    Pittsburgh, PA 15264-5250
14277318        +AMERICAN EXPRESS,   c/o ZWICKER & ASSOC. PC,    80 MINUTEMAN ROAD,    Andover, MA 01810-1008
14341881        +Adler Wallach & Associates, Inc.,    P.O. Box 6605,    Orange, CA 92863-6605
14277320        +BANK OF AMERICA,   C/O PHELAN HALLINAN & SCHMIEG,    1617 JFK BLVD, STE 1400,
                  ONE PENN CENTER PLAZA,    Philadelphia, PA 19103-1823
14267227        +BANK OF AMERICA,   C/OPHELAN HALLINAN & SCHMIEG,    1617 JFK BLVD, STE 1400,
                  ONE PENN CENTER PLAZA,    Philadelphia, PA 19103-1823
14277321         BANK OF AMERICA DITECH,    PO BOX 6172,    Rapid City, SD 57709-6172
14277325         HOME DEPOT CREDIT SERVICES,    c/o CLIENT SERVICES INC.,    PO BOX 1503,
                  Saint Peters, MO 63376-0027
14277328        +JC CHRISTENSEN & ASSOC.,    PO BOX 519,    Sauk Rapids, MN 56379-0519
14277330        +NATIONAL CITY BANK,    4661 E MAIN STREET,    Columbus, OH 43213-3193
14277331         PEOPLE'S GAS,    PO BOX 644760,   Pittsburgh, PA 15264-4760
14277332        +PGH MERCY HEALTH,    1200 REEDSDALE STREET,    Pittsburgh, PA 15233-2109
14339270        +Pinnacle Credit Services, LLC its successors and,     assigns as assignee of US Bank NA ND,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14277333        +ROSS/WEST VIEW EMSA,    5325 PERRYSVILLE AVE,    Pittsburgh, PA 15229-2198
14277335        +TMOBILE,   PO BOX 23870,    Jacksonville, FL 32241-3870
14341510        +Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                  Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14284884         EDI: BECKLEE.COM Oct 04 2017 01:28:00      American Express Centurion Bank,
                  c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14274205         EDI: AIS.COM Oct 04 2017 01:28:00      American InfoSource LP as agent for,
                  T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
14267226        +EDI: BANKAMER.COM Oct 04 2017 01:28:00      BANK OF AMERICA,    7105 CORPORATE DRIVE,
                  Plano, TX 75024-4100
14277322        +E-mail/Text: kcarter@creditmanagementcompany.com Oct 04 2017 01:30:14
                  CREDIT MANAGEMENT COMPANY,    PO BOX 16346,    Pittsburgh, PA 15242-0346
14277323         EDI: DISCOVER.COM Oct 04 2017 01:28:00      DISCOVER FINANCIAL,    PO BOX 15316,
                  Wilmington, DE 19850-5316
14277324        +EDI: USBANKARS.COM Oct 04 2017 01:28:00      FIDELITY BANK,    c/o ELAN FINANCIAL,
                  PO BOX 790084,    Saint Louis, MO 63179-0084
14277326         EDI: HFC.COM Oct 04 2017 01:28:00      HSBC CARD SERVICES,    PO BOX 19360,    Salinas, CA 93901
14277327         EDI: HFC.COM Oct 04 2017 01:28:00      HSBC CARD SERVICES NV,    PO BOX 19360,
                  Salinas, CA 93901
14330541        +EDI: MID8.COM Oct 04 2017 01:28:00      MIDLAND FUNDING LLC,    PO Box 2011,
                  Warren, MI 48090-2011
14277329        +EDI: MID8.COM Oct 04 2017 01:28:00      MIDLAND FUNDING LLC,    c/o CREDIT ONE BANK,
                  8875 AERO DRIVE,    San Diego, CA 92123-2255
14277336        +E-mail/Text: bknotices@mbandw.com Oct 04 2017 01:30:13      VERIZON,
                  c/o MCCARTHY BURGESS & WOLFF INC.,    26000 CANNON ROAD,    Bedford, OH 44146-1807
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
14277334        SCOTT LIPCHAK
14277319*      +BANK OF AMERICA,   7105 CORPORATE DRIVE,    Plano, TX 75024-4100
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: dbas              Page 2 of 2            Date Rcvd: Oct 03, 2017
                               Form ID: 309            Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Debtor David E. Evans atyrusb@choiceonemail.com
                                                                                             TOTAL: 5
```