**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAVID E. EVANS

Debtor(s)

Ronda J. Winnecour
   Movant
      vs.
No Repondents.

Case No.:16-22820

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/29/2016 and confirmed on 09/30/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,930.25 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,930.25 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 704.07 | |
|    Trustee Fee | 175.28 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 879.35 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 6642 | 0.00 | 3,050.90 | 0.00 | 3,050.90 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 6642 | 42,483.63 | 0.00 | 0.00 | 0.00 |
| | | | | 3,050.90 |
| **Priority** | | | | |
| RUSSELL A BURDELSKI ESQ*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAVID E. EVANS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RUSSELL A BURDELSKI ESQ*<br>Acct: | 3,000.00 | 704.07 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| AHN EMERGENCY GROUP<br>Acct: 6385 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY CLINIC RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |

| 16-22820 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 3171 | | | | |
| | ALLEGHENY HEALTH NETWORK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3188 | | | | |
| | AMERICAN EXPRESS CENTURION BNK | 13,636.84 | 0.00 | 0.00 | 0.00 |
| | Acct: 2004 | | | | |
| | CMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0553 | | | | |
| | DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3310 | | | | |
| | PINNACLE CREDIT SERVICES LLC - ASSIG | 5,049.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 4648 | | | | |
| | CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4868 | | | | |
| | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0571 | | | | |
| | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7567 | | | | |
| | J C CHRISTENSEN & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3229 | | | | |
| | MIDLAND FUNDING LLC | 855.35 | 0.00 | 0.00 | 0.00 |
| | Acct: 1250 | | | | |
| | PNC BANK FORMERLY NATIONAL CITY BA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3151 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7596 | | | | |
| | MERCY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2008 | | | | |
| | ROSS WEST VIEW EMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2727 | | | | |
| | CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR | 188.77 | 0.00 | 0.00 | 0.00 |
| | Acct: 1189 | | | | |
| | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ADLER WALLACH & ASSOCIATES INC | 800.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2104 | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                                   3,050.90

```
TOTAL CLAIMED
   PRIORITY               0.00
   SECURED            42,483.63
   UNSECURED          20.530.21
```

Date: 11/16/2017                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com